■ In the Matter of DANIEL C., a Person Alleged to be a Juvenile Delinquent, Appellant. [847 NYS2d 63]—Order of disposition, Family Court, Bronx County (Nelida Malave-Gonzalez, J.), entered on or about December 21, 2006, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that he committed acts which, if committed by an adult, would constitute the crimes of unauthorized use of a vehicle in the third degree and possession of burglar's tools, and placed him on probation for a period of 12 months, unanimously affirmed, without costs.

Viewing the evidence in the light most favorable to the presentment agency (*see Matter of David H.*, 69 NY2d 792, 793 [1987]; *Matter of Denzel F.*, 44 AD3d 389, 389 [2007]), and according Family Court's credibility and factual determinations the same weight as a jury verdict (*see id.*; *Matter of Michael D.*, 109 AD2d 633, 634 [1985], *affd for reasons stated below* 66 NY2d 843 [1985]), we conclude that the findings of fact on which appellant's delinquency adjudication was based were supported by sufficient evidence (*see People v Roby*, 39 NY2d 69 [1976]; *People v McCaleb*, 25 NY2d 394 [1969]). We also find that the court's findings comported with the weight of the evidence. Accordingly, the order of disposition must be affirmed. Concur—Mazzarelli, J.P., Saxe, Friedman, Marlow and Williams, JJ.